ACCEPTED
06-14-00210-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 3:05:32 PM
DEBBIE AUTREY
CLERK

No.  06-14-00210-CR

| | | |
|---|---|---|
| ZACKERY JAMARCIER SUMMAGE, | § | IN THE SIXTH DISTRICT |
| *Appellant* | § | |
| | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| VS. | § | COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS, | § | DEBBIE AUTREY |
| | § | Clerk |
| *Appellee* | § | OF THE STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 3:05:32 PM
DEBBIE AUTREY
Clerk

## COUNSEL'S CERTIFICATION OF NOTIFICATIONS TO APPELLANT

Appellant's appellate counsel files this certification of action taken in this appeal pursuant to Texas Rule of Appellate Procedure 48.4.

## A. Introduction

1.     Zackery Jamarcier Summage is the Appellant.  The State of Texas is the Appellee.

2.     Troy Hornsby ("counsel") was appointed to represent Appellant on Appellant's first level appeals.  Counsel was not appointed to present a Petition for Discretionary review on behalf of Appellant and no such right currently exists under Texas law.

3.     The Sixth District Court of Appeals for the State of Texas, Texarkana, issued its opinions in this case on June 3, 2015, judgment was issued on the same day.  Thus, this court has finally resolved this appeal by issuing its opinions in this appeal.

4.     Appellate counsel has fully carried out his duties in pursing a first level appeal as appointed by the trial court.

5.     Appellate counsel has found no reasonable basis for a motion for rehearing.

6.      Therefore, appellate counsel's representation of Appellant is complete.

## B. Counsel's Action

7.      The same day that counsel received this court's opinion and judgment in this case, counsel directed correspondence to the Appellant by both U.S. Postal Service first class mail and by U.S. Postal Service certified mail, return receipt requested, at Appellant's last known address.  The U.S. Postal Service first class mail letter was not returned and presumed received.  Additionally, counsel has not received the executed return receipt for the certified mail.

8.      In that correspondence, Appellant's appellate counsel informed the Appellant of Appellant's available option for filing a Motion for Rehearing with the Court of Appeals.  Counsel explained the procedure for filing such a Motion for Rehearing including the deadlines therefor and referred Appellant to the applicable rule of appellate procedure.  However, counsel informed Appellant that counsel was unable to locate any arguable grounds for such motion and, therefore, counsel would not file such motion on Appellant's behalf because it would be frivolous.

9.      Additionally, in that correspondence, Appellant's appellate counsel informed the Appellant of Appellant's available option for filing a Petition for Discretionary Review with the Texas Court of Criminal Appeals.  Counsel explained the procedure including the deadline therefor and referred Appellant to the applicable rule of appellate procedure.  However, counsel informed Appellant that Pursuant to Texas Code of Criminal Procedure Art 1.051(d)(1), the Texas

Constitution and the United States Constitution Appellant is entitled to a state-appointed attorney only through an appeal of the first level and referenced applicable case law. Therefore, counsel explained that he would not be filing a petition for discretionary review with the Texas Court of Criminal Appeals. However, counsel informed Appellant of the applicable deadlines for filing such. Finally, counsel explained to Appellant that should the Court of Criminal Appeals grant discretionary review Appellant would then be entitled to appointed counsel and referenced applicable law.

10. Finally, Appellant's appellate counsel informed Appellant that counsel would continue to represent Appellant until such time as this court issued its mandate, at which time counsel's representation of Appellant would end. However, counsel informed Appellant that counsel was still available to answer any questions Appellant had.

Respectfully submitted,

**Miller, James, Miller & Hornsby**, **L.L.P.**

By: _____
Troy Hornsby
Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711; f. 903.792.1276

## CERTIFICATE OF SERVICE

This is to certify that on July 6, 2015, a true and correct copy of the above and foregoing *Counsel's Certification of Notifications to Appellant* has been forwarded by U.S. mail on all counsel of record listed below.

**Appellant**
Zackery Summage
3157 Woodlawn Avenue
Shreveport, Louisiana  71104

**Trial Court Judge**
Honorable Brad Morin
71st Judicial District Court
Harrison County Courthouse
200 West Houston, Suite 219
Marshall, Texas 75670

**State's Attorney**
Coke Solomon
Shawn Connally
Harrison County District Attorney
P. O. Box 776
Marshall, Texas 75671-0776

_____
Troy Hornsby